# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-0650

———————————————

Mary Anne McGuire,

Appellant,

v.

Brian Zirgibel, M.D. and
Tallahassee Orthopedic
Clinic III, P.L.,

Appellees.

———————————————

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

November 20, 2025

Per Curiam.

Affirmed.

Osterhaus, C.J., and Winokur and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Donald M. Hinkle, of Hinkle Law, Tallahassee, and Nicholas P. McNamara, of Creed and Gowdy, P.A., Jacksonville, for Appellant.

Dinah S. Stein and Philip M. Berberian, of Hicks, Porter, Ebenfield & Stein, P.A., Miami, Tallahassee, for Appellees.